UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARIA MILLS,**
   Plaintiff,

v.            Case No. 3:16-cv-1535-J-20PDB

**NAVY FEDERAL CREDIT UNION,**
   Defendant.
_____/

## ORDER

This matter is before this Court on the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 12). In this pleading, the parties stipulate to the dismissal of this action with prejudice with each party to bear their own attorney's fees, costs and expenses.

Accordingly, it is **ORDERED**:

1. The parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 12) is **GRANTED**;

2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is **DISMISSED with prejudice** with each party to bear their own attorney's fees, costs and expenses; and

3. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of April, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Amy Ferrera, Esq.
Michael John Mueller, Esq.

-1-